**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MADE IN THE USA FOUNDATION,          :
                                     :
       Plaintiff,                  :
                                     :
   v.                                : Civil Action No. 04-0553 (JR)
                                     :
GENERAL MOTORS CORPORATION, *et*     :
*al.*,                               :
                                     :
       Defendants.                 :

**ORDER**

      For the reasons stated in the accompanying memorandum, the defendants' motions to dismiss [#5, #7, #14] are **granted.**


                                              JAMES ROBERTSON
                                United States District Judge